**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:20-cr-143 |
| | | Civil Case No. 2:23-cv-298 |
| Plaintiff, | | |
| - vs - | | Judge Sarah D. Morrison |
| | | Magistrate Judge Michael R. Merz |
| DIAMONDO VALDEZ BUTLER, | | |
| Defendant. | : | |

**ORDER**
**ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 57) to whom this case was referred pursuant to 28 U.S.C. § 636(b). The time for filing objections to that report under Fed. R. Civ. P. 72(b) was extended and has now expired, and no objections were filed. Accordingly, the Court hereby **ADOPTS** said Report and Recommendations.

It is hereby **ORDERED** that Defendant's Amended Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 51) be **DENIED** with prejudice.  Defendant is **DENIED** a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis.*

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**